```
               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
                    NASHVILLE DIVISION
```

AMERICAN CIVIL LIBERTIES        )
UNION OF TENNESSEE, (ACLU OF    )
TENNESSEE, INC.), LEEANN G.     )
ANDERSON, STEVE DIXON CATES,    )
JOAN G. HILL, DAWN WEISS        )
MONTGOMERY, LEON RICHARD        )
NUELL, JOSEPH DONALD SHAW,      )
and DALE A. TIPPS,              )
                                )
    Plaintiffs,                )
                                )
v.                              )     No. 3:02-0396
                                )     Judge Echols
RUTHERFORD COUNTY, TENNESSEE,   )
and NANCY R. ALLEN, in her      )
official capacity as County     )
Executive,                      )
                                )
    Defendants.                )

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Plaintiffs' Motion to Lift Stay of All Proceedings and For an Order Advancing Trial on the Merits on Plaintiffs' Renewed Motion for Permanent Injunction (Docket Entry No. 53) is hereby GRANTED. The stay in this case is hereby lifted.

However, the Court DENIES Plaintiffs' renewed request for the entry of a permanent injunction.

In their Verified Complaint (Docket Entry No. 1), Plaintiffs seek an award of costs and reasonable attorney fees pursuant to 42 U.S.C. § 1988. If Plaintiffs still desire such an award, they should file the appropriate documents in accordance with the Local Rules of Court for the Court's consideration.

1

A Status Conference is hereby scheduled for **Tuesday, October 17, 2006, at 1:00 p.m**.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE